## Arthur Lee TILLMAN, Petitioner–Appellant,

### v.

## Stephen M. DEWALT, Warden, FCI Butner; John Ashcroft, U.S. Attorney General, Respondents–Appellees.

### No. 02–6508.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Arthur Lee Tillman, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Arthur Lee Tillman appeals the district court's order denying his motion under Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tillman v. Dewalt,* No. CA–01–937–5–HO (E.D.N.C. filed Feb. 19, 2002, entered Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*